United States District Court
Southern District of Texas
**ENTERED**
December 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SVETLANA A PESTOVA, *et al.*, § | |
|    Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-03662 |
| § | |
| PHH MORTGAGE, *et al.*, § | |
|    Defendants. § | |

## ORDER TO SHOW CAUSE

The Court ordered the parties to attend an Initial Pretrial and Scheduling Conference in this action on December 6, 2024, at 11:00 A.M. by video before Magistrate Judge Peter Bray. (Dkt. 3). Neither party appeared.

Accordingly, the parties are hereby **ORDERED** to appear for a hearing to show cause why they failed to appear for the December 6, 2024 hearing. The show cause hearing will be **on December 18, 2024 at 1:30 P.M.** by zoom.

Failure to appear at the show cause hearing may result in dismissal of this case for want of prosecution or in such other sanctions as the Court deems appropriate.

https://www.zoomgov.com/j/1605436517?pwd=KEcUkRARIKpja1RDjhK5kD3hwuRwJL.1
Meeting ID: 160 543 6517
Passcode: 208408

Signed in Houston, Texas this 10th day of December, 2024.

_____
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE